

**KUDMAN • TRACHTEN • ALOE • POSNER** LLP

— Attorneys at Law —

Tama Beth Kudman, Esq. • Office (561) 249-6300 • tkudman@kudmanlaw.com

January 20, 2026

Honorable Madeline Cox Arleo
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**VIA E-MAIL TRANSMISSION ONLY**

Re:   *United States v. Anderson Triggs*, Case No. 22-CR-00116-1

Dear Judge Arleo:

Our law firm represents Mr. Triggs in the above-captioned case, and we write to respectfully request, with the Government's consent, an adjournment of Mr. Triggs' current sentencing date to a date that works for the Court in July 2026. The current sentencing date is scheduled for February 26, 2026 at 2:00 P.M.

There have been several prior requests for an adjournment. The parties again ask for more time. There have been ongoing discussions with the government and there is no objection to this request. Additionally, undersigned counsel is set to begin a several months-long, multi-defendant trial in the Southern District of Florida on March 9, 2026. For these reasons, we respectfully ask for a sentencing date sometime in or after July 2026.

We thank the Court for consideration of this request.

Best regards,

**KUDMAN TRACHTEN
ALOE POSNER LLP**

By: /s/ Tama Beth Kudman