**KUDMAN · TRACHTEN · ALOE · POSNER** LLP

———————————— Attorneys at Law ————————————

Tama Beth Kudman, Esq. • Office (561) 249-6300 • tkudman@ktap.com

June 23, 2026

**VIA CM/ECF**

Honorable Madeline Cox Arleo
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>      Re:    *United States v. Anderson Triggs*
>             Case No. 22-CR-00116-1

Dear Judge Arleo:

Our law firm represents Mr. Triggs in the above-captioned case. With the Government's consent, and because of ongoing discussions, we respectfully request an adjournment of Mr. Triggs' sentencing currently scheduled on August 14, 2026 at 11:00 a.m., to a date in or after January, 2027.

We are grateful for the Court's consideration.

Sincerely,

**KUDMAN TRACHTEN
ALOE POSNER LLP**

By: /s/ Tama Beth Kudman

7108 Fairway Drive • Suite 130 • Palm Beach Gardens, FL 33418
488 Madison Avenue, 23rd Floor, New York, New York 10022
www.KTAP.com • Main (212) 868-1010